

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00190-CV

**ONEWEST BANK, FSB**,
Appellant

v.

**THE ESTATE OF EDITH H. FRAHM**,
Appellee

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2012PC0915
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against the party incurring same.

SIGNED December 3, 2014.

_Karen Angelini_
Karen Angelini, Justice